C. I. T. CORPORATION, Appellant, v. GEORGE BEIDELMAN, Respondent.— Order affirmed as matter of discretion, without costs of this appeal to either party. The calendar motion argued herewith is granted, without costs, the appellant having withdrawn his objection to the granting thereof. All concur. (The order grants defendant's motion to relieve him from imprisonment under an order of arrest, in a conversion action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [178 Misc. 439.]

DANA L. JEWELL, as Committee, etc., of JAMES D. KELSEY, an Incompetent, Appellant, v. EXCHANGE NATIONAL BANK OF OLEAN, NEW YORK, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Memorandum: Appellant is correct in his contention that he did not waive a jury trial, either by the form of action which he brought or by delay in demanding a jury trial; but we hold that he is not entitled to a jury trial as a matter of right (*Wurster* v. *Armfield*, 98 App. Div. 298; *Matter of Blewitt*, 138 N. Y. 148), and that the Special Term did not abuse its discretion in refusing a jury trial. All concur. (The order denies a motion for a trial by jury in an action to set aside a deed or instrument of trust made by the incompetent about five years prior to his adjudication as an incompetent.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMOND MILLER, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of grand larceny, second degree.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HOWARD J. MUNTZ, Respondent, v. ANNA J. BROOKS and CHARLES A. WHITE, as Administrator, etc., of HOMER W. BROOKS, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.